```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| **JEROME BRUCE** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 10-414 |
| | * | |
| **RCS, LLC, ET AL.** | * | SECTION "B"(3) |

<u>**ORDER**</u>

Before the Court is Defendant, W&T Offshore, Inc.'s Motion for Summary Judgment (Rec. Doc. No. 32). Local Rule 7.5 of the Eastern District of Louisiana as amended and effective February 1, 2011 requires that memoranda in opposition with citations of authorities be filed **and** served no later than eight days prior to the date set for hearing of the motion. No memoranda in opposition to the motion, set for hearing on **MARCH 2, 2011**, has been submitted. Further, no one has filed a motion to continue the hearing or filed a motion for extension of time within which to oppose the motion. Accordingly, the motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that said motion is **GRANTED.**

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days of this order. The motion must be accompanied by opposition memoranda to the original motions. Because such a motion would not have been necessary had timely opposition memoranda been filed, the costs incurred in connection

with the motion, including attorney's fees, will be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 25TH day of February, 2011.

UNITED STATES DISTRICT JUDGE